[No. 37077-8-II. Division Two. February 3, 2009.]

JAMES LINDSAY, *Respondent*, v. JOHN A. SALINAS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-2-01558-7, Leonard W. Kruse, J. Pro. Tem., entered November 2, 2007. *Dismissed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 37260-6-II. Division Two. February 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE BEAVERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03315-9, John R. Hickman, J., entered January 11, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37335-1-II. Division Two. February 3, 2009.]

GAIL NICHOLS, *Respondent*, v. TREEVA COHEE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-2-01421-3, Gordon Godfrey, J., entered February 4, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 37587-7-II. Division Two. February 3, 2009.]

PAUL J. RUTLEDGE, *Respondent*, v. SUSAN E. BECK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-09367-1, John A. McCarthy, J., and Donald H. Thompson, J. Pro Tem., entered March 27, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.